

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

**KEVIN HOWARD, Plaintiff,**

**v.**

**SENIOR JUDGE DEBORAH FARMER MINOT,**
**JOHNSON COUNTY ATTORNEY,**
**JOHNSON COUNTY CLERK OF COURT,**
**IOWA DEPARTMENT OF REVENUE SETOFF PROGRAM, Defendants.**

**RECEIVED**

MAR - 3 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

COMES NOW, Plaintiff Kevin Howard, appearing pro se, and files this civil rights action pursuant to 42 U.S.C. §§ 1983 and 1988 against the Defendants for violations of his constitutional rights under the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution. Plaintiff seeks declaratory relief, compensatory damages, punitive damages, and injunctive relief to prevent the ongoing unconstitutional enforcement of financial penalties, garnishments, and other collection actions based on a 27-year-old misdemeanor conviction.

## I. JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983 and § 1988. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.
2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), as the events giving rise to this action occurred in the State of Iowa.

## II. PARTIES

3. Plaintiff Kevin Howard is a resident of Newton, Iowa.
4. Defendant Senior Judge Deborah Farmer Minot is a judicial officer of the Johnson County 6th Judicial District and acted under color of state law in her official capacity.
5. Defendant Johnson County Attorney is a state prosecutor responsible for enforcing criminal laws and collection actions against Plaintiff.
6. Defendant Johnson County Clerk of Court is responsible for maintaining and managing court records and acted under color of state law in denying Plaintiff access to legal documents and due process.

7. Defendant Iowa Department of Revenue Setoff Program is responsible for unlawful financial seizures from Plaintiff's assets, including tax returns and wages.

## III. FACTUAL BACKGROUND

8. Plaintiff was convicted of a misdemeanor in 1997 and sentenced to time served. No restitution or fines were imposed at sentencing.
9. Over the past 25 years, Defendants have unlawfully imposed and collected financial penalties, including garnishments, tax refund seizures, and vehicle registration restrictions.
10. Plaintiff has repeatedly sought records related to these collections but has been denied access, violating his procedural due process rights.
11. Defendant Minot improperly reclassified Plaintiff's cease-and-desist request as a "motion" and denied it without legal basis, barring Plaintiff from challenging the collection actions.
12. The Iowa Setoff Program(of 2021) nor its predecessor the DAS (of 2002) did not exist at the time of Plaintiff's conviction, making its retroactive application unconstitutional under the Ex Post Facto Clause.
13. As a result of Defendants' unlawful conduct, Plaintiff has suffered financial harm, emotional distress, and loss of economic opportunities. Constant harassment by the police over the years for failure to update car registration restrictions as part of their collection efforts.
14. Senior Judge Minot lacks jurisdiction to intervene in a dispute between Petitioner and The Johnson county Attorney Regarding ex post facto violations, along with numerous other constitutional claims in preemptively issuing an order stating the court will take no action on any letters, motions ect. Regarding challenges to claimed violations when nothing was filed.

## IV. LEGAL CLAIMS

### A. Violations of 42 U.S.C. § 1983

15. Defendants violated Plaintiff's rights under the Fourteenth Amendment by depriving him of property without due process.

16. Defendants' continued enforcement of financial penalties constitutes cruel and unusual punishment under the Eighth Amendment.

17. The retroactive application of the Iowa Setoff Program to Plaintiff violates the Ex Post Facto Clause of the U.S. Constitution.

### B. Request for Punitive Damages

18. Defendants acted with deliberate indifference, reckless disregard, and willful misconduct in enforcing financial penalties without due process.

19.Defendant Minot's refusal to process Plaintiff's legal requests demonstrates a conscious disregard for constitutional protections.

20.Defendants' actions have caused Plaintiff significant emotional and financial harm, warranting an award of punitive damages to deter future misconduct.

## V. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Issue a declaratory judgment that Defendants' actions violate Plaintiff's constitutional rights.
2. Award compensatory damages in an amount to be determined at trial.
3. Award punitive damages against Defendants to punish and deter their unlawful conduct.
4. Issue injunctive relief preventing further enforcement of financial penalties and collection actions against Plaintiff.
5. Award attorney's fees and costs pursuant to 42 U.S.C. § 1988.
6. Grant any further relief as the Court deems just and proper.

Respectfully submitted,

Kevin Howard Plaintiff,
Pro Se 804 S. 5th Ave. E.
Newton, Iowa 50208
Phone: 515-201-7957
Email: 360.titansol@gmail.com
Dated: 2-27-25



RECEIVED

MAR - 3 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## JS 44 (Rev. 12/12)
## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

I. (a) PLAINTIFFS
Kevin Howard
804 S. 5th Ave. E.
Newton, Iowa 50208

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Jasper County

(c) ATTORNEYS (Firm Name, Address, and Telephone Number)

Pro Se Plaintiff

Kevin Howard

804 S. 5th Ave. E.

Newton, Iowa 50208

Phone: 515-201-7957

Email: 360.titansol@gmail.com

II. (a) DEFENDANTS
Senior Judge Deborah Farmer Minot
Johnson County Attorney
Johnson County Clerk of Court
Iowa Department of Revenue Setoff Program

(b) COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Johnson County

III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Plaintiff: Citizen of Iowa
Defendants: Citizens of Iowa

IV. NATURE OF SUIT (Place an "X" in One Box Only)
[X] 440 Civil Rights - Other Civil Rights
[ ] 530 Habeas Corpus

[ ] 550 Civil Rights - Employment
[ ] 890 Other Statutory Actions

V. ORIGIN (Place an "X" in One Box Only)
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District
[ ] 6 Multidistrict Litigation

VI. CAUSE OF ACTION
42 U.S.C. §§ 1983 and 1988 – Violation of Constitutional Rights (Fourth, Fifth, Eighth, and Fourteenth Amendments). Plaintiff seeks declaratory relief, compensatory damages, punitive damages, and injunctive relief for unconstitutional enforcement of financial penalties and garnishments related to a 27-year-old misdemeanor conviction.

VII. REQUESTED IN COMPLAINT
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.CV.P.
DEMAND: Compensatory and Punitive Damages
JURY DEMAND: [X] Yes [ ] No

VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE: _____
DOCKET NUMBER: _____

Date: _____

Signature of Plaintiff: _____
Kevin Howard, Pro Se



RECEIVED
MAR - 3 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

Kevin Howard
804 s 5th ave, e
Newton, Iowa 50208
360.titanmsol@gmail.com
Plaintiff,
v.
Senior Judge Deborah Farmer Minot,
Johnson County Attorney,
Johnson County Clerk of Court,
Iowa Department of Revenue Setoff Program,
Respondents.

## CERTIFICATE OF SERVICE

I, Kevin Howard, hereby certify that on this __27__ th day of _February_, 2025 I served a true and correct copy of the foregoing document upon the following respondents by placing said copies in the United States Mail, properly addressed, and with first-class postage prepaid:

1. **Senior Judge Deborah Farmer Minot**
   417 Clinton St.
   Iowa City, Iowa 52244-2450
2. **Johnson County Attorney**
   500 S. Clinton St., Suite 400
   Iowa City, Iowa 52244-2450
3. **Johnson County Clerk of Court**
   417 Clinton St.
   Iowa City, Iowa 52244-2450
4. **Iowa Department of Revenue Setoff Program**
   P.O. Box 10469
   Des Moines, Iowa 50306-0469

I declare under penalty of perjury under the laws of the State of Iowa that the foregoing is true and correct.Dated this___27th__day of _February_ 2025.

Kevin Howard

804 s th Ave. E
Newton Iowa, 50208

IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | | |
|---|---|---|
| STATE OF IOWA, | ) | |
| | ) | |
| Plaintiff, | ) | No. **FECR032673** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **KEVIN LAMONT HOWARD,** | ) | |
| | ) | |
| Defendant. | ) | Date: **February 14, 2025** |

Defendant has sent a letter addressed to the Johnson County Attorney and the Johnson County Clerk of Court. The Clerk referred the file to me.

Defendant's letter makes demands about what he describes as an "illegal garnishment" of his tax returns and consequences related to vehicle registration. This letter is similar to others he has filed over the years. His complaints began in 2009 in reference to a guilty plea in February 1998, and a restitution order entered in March 1998. They were addressed in detail in prior orders filed on March 9, 2009 and March 19, 2009. Defendant sent a letter to the Clerk in 2012 that did not request any relief. Now, thirteen years later, he has renewed similar demands.

It is worth noting that in 1998 defendant was ordered to pay restitution in the amount of $7,700 pursuant to a favorable plea agreement. He never appealed or contested the restitution amount. The file reflects that the following amounts have been paid to the victim: $164 on April 10, 2008; $15 on April 17, 2012; and $3 on April 11, 2013. Defendant's restitution balance is $7,518. He owes approximately $300 in additional costs/fees.

The file contains no evidence that Johnson County ever sought a garnishment; rather, these amounts were collected under the tax offset program, which is authorized under Iowa law for unpaid debts.

For these reasons, the Court takes no action on the defendant's letter, nor will it take any action on future, similar letters, requests or motions.

Clerk to notify.

DEBORAH FARMER MINOT
Senior Judge, Sixth Judicial District

2025 FEB 13  PM 4:17

Mailed to JCAO'\ Dcft
2/14/25
JA

Exhibit 1

CASE NO:
TITLE:

Public records from the Iowa District Court are available on the internet at www.iowacourts.gov.

Fines for traffic citations, civil infractions and criminal cases can be paid via the Pay Fines Online link at the above web address.

Have you moved or changed your name?  If so, please complete the following and return to:

JOHNSON COUNTY CLERK OF COURT
417 S CLINTON ST
IOWA CITY IA 52240-4108

New name and/or address:

_____

_____

_____

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

JOHNSON COUNTY CLERK OF COURT
417 S CLINTON ST
IOWA CITY IA 52240-4108

KEVIN LAMONT HOWARD
804 S 5TH AVE E
NEWTON IA  50208

Exhibit 1A

Kevin Howard

804 S 5th Ave. e.

Newton, Iowa 50208

515-201-7957

360.titansol@gmail.com

February 3, 2025

**Office of the Johnson County Attorney**
500 s. Clinton st. Suite 400
Iowa City, Ia 52244-2450

**Johnson County Clerk of Court**
417 Cliton st.
Iowa City, Ia 52244-2450

**Re: Cease and Desist Regarding Illegal Garnishment, Due Process Violations, and Statute of Limitations Issues**

Dear Sir/Madam,

I am formally demanding that the Johnson County Attorney's Office and the Johnson County Clerk of Court immediately **cease and desist** all ongoing actions related to the **illegal garnishment of my state income tax returns, blockage of my ability to renew my vehicle registration, and any garnishment of potential gambling winnings.** These actions are based on a **27-year-old serious misdemeanor conviction/sentence that is beyond the statutory limits,** violating both state and federal law.

## Legal Violations and Unlawful Actions

1. **Statute of Limitations Violation & State v. Howard Precedent**
   - The alleged offense occurred in **1993,** yet I was not convicted until **1998.** Under Iowa law, serious misdemeanors are subject to strict statute of limitations requirements, which were clearly violated.
   - In **State v. Howard, 610 N.W.2d 535 (Iowa Ct. App. 1999),** the Iowa Court of Appeals reaffirmed that convictions and associated penalties must adhere to the statute of limitations. Enforcing penalties outside of this period is unlawful.
2. **Due Process Violations**
   - I was **never taken before a judge for a fact-finding hearing** to determine my guilt. Instead, I was held for **90 days** and released after signing an agreement to **time served** without proper judicial process.

Exhibit 2

- o Despite this, the **County Attorney later added an $8,000 fine/restitution**, which is both excessive and entirely outside the **statutory maximum** for a serious misdemeanor in Iowa.

3. **Ex Post Facto Violations**
   - o The imposition of additional penalties beyond the statutory maximum, including ongoing garnishments and administrative restrictions, constitutes an **ex post facto** violation under both the **Iowa Constitution and U.S. Constitution**.

4. **Ongoing Violations and Lack of Transparency**
   - o The **illegal garnishment actions** are ongoing, further compounding the constitutional violations.
   - o I have **repeatedly requested copies of any contract or agreement relating to these penalties at least three times over the past 20 years** and have yet to receive any response. This failure to provide records further underscores the lack of due process.

## Demand for Immediate Action

- **Cease all garnishment actions immediately,** including state income tax returns, vehicle registration renewal restrictions, and any potential gambling winnings seizures.
- **Void the unlawful $8,000 fine/restitution,** as it is an unauthorized and excessive penalty beyond the statutory maximum.
- **Provide copies of any and all records** related to this matter that I have repeatedly requested.

## Legal Actions I Am Prepared to Pursue

If these unlawful actions do not cease immediately, I will have no choice but to pursue the following legal remedies:

1. **Petition for a Writ of Prohibition** to halt further enforcement of these unconstitutional penalties.
2. **Secure the Johnson County Attorney's bond number** and file a claim for misconduct and unlawful enforcement.
3. **File a state-level 42 U.S.C. § 1983 claim** for violations of my constitutional rights.

I demand an immediate written response confirming the cessation of these unlawful actions. Failure to comply will result in further legal action without further notice.

Sincerely,

Kevin Howard

804 s 5th Ave. e. Newton, iowa 50208    515-201-7957

Exhibit 2A

# IOWA™

**Department of Revenue**

Iowa Department of Revenue
Taxpayer Services
PO Box 10330
Des Moines, IA 50306-0330

L0005854233



1 1 588

KEVIN HOWARD
804 S 5TH AVE E
NEWTON IA  50208-3969

| | |
|---|---|
| Date: | February 21, 2025 |
| Letter ID: | L0005854233 |
| IDR ID: | 1409479108 |

## Notice of Setoff of Public Payment
Iowa Code Section 421.65 and Iowa Administrative Code chapter 701-26.

Your Individual Income payment in the amount of $1,030.00 is being setoff by the Iowa Department of Revenue (Department). The below public agency(ies) is/are entitled to recover this amount by setoff procedures set forth in Iowa Code section 421.65 and has/have asserted that you owe the following amount:

**Iowa Judicial Branch**                                                          515-348-4788

| **Debt Description** | **Debt ID** | **Setoff Amount** |
|---|---|---|
| JOHNSON COUNTY CLERK OF COURT: 06521  FECR032673 POLK COUNTY CLERK OF COURT: 05771  PCCE051273 | See Description | $1,030.00 |

The setoff amount(s) will be forwarded to the public agency(ies) to apply towards the debt amount listed. If your total debt is less than the amount of your payment, the difference will be sent to you by the Department.

You may challenge this action or request a division of a jointly or commonly owned right to payment within **15 days of the date of this notice** to the Department:

- Online at govconnect.iowa.gov by clicking on Respond to a Letter
- By email to: IDRChallenges@iowa.gov
- By mail to:
  State Setoff Program
  Iowa Department of Revenue
  PO Box 3065013
  Des Moines IA 50306-5013

The Department will consider challenges on the following grounds:

- The debt is not a "qualified debt" as defined in Iowa Code section 421.65(1)(d)
- There is a mistake of fact, including, but not limited to a mistake in the identity of the obligor or a mistake in the amount owed.

If the debt is owed to the clerk of court, a challenge to the amount owed will be routed by the Department to

cL0008, v10

Exhibit 3



Exhibit 4

JOHNSON COUNTY CLERK OF COURT
PO BOX 2510
IOWA CITY IA 52244-2510

* FINAL NOTICE OF PAST DUE COURT FINE AND COSTS *
03/01/2012                        Case Number:  06521  FECR032673
                                  Citation Number:


KEVIN AKA STEVEN LAMONT AKA DAWAYNE HOWARD AKA BIRD
2000 E VIRGINIA  APT 9
DES MOINES IA 50320


==================================================================================
AMOUNT DUE            Before 03/16/2012       pay $7844.48
                      After  03/16/2012       pay $8628.93

You may have accrued costs and fees not included in the above totals.  If you
have questions regarding the amount due as listed above, or believe there is a
clerical error in the court records concerning the amount, please contact the
JOHNSON        COUNTY CLERK OF DISTRICT COURT AT (319) 356-6060 .

FAILURE TO PAY OVERDUE AMOUNTS MAY TRIGGER FURTHER COURT ACTION INCLUDING THE
FOLLOWING PROCEDURES:
    * Contempt of Court
    * Refusal to renew vehicle registration
    * Refusal to renew professional licensure
    * Garnishments/Executions on Wages/Assets
    * Liens on Real Property
    * Driver license revocation
    * Placement of the debt (until paid in full) in the State offset program in
      which money the state owes you (including tax refunds) will be used to pay
      this debt.  This is applicable even if you have entered into a payment plan
      with the county attorney, Centralized Collection Unit of the Department of
      Revenue, or a private collection entity.
    * Forfeiture of money owed to you by the Clerk of Court
    * Collection by Centralized Collection Unit of the Department of Revenue or
      a private collection entity with up to 25% late penalty added.
    * Collection by the County Attorney.
==================================================================================
PAYMENT MAY BE MADE IN THE FOLLOWING WAYS:
1. BY MAIL. Send this form with your payment by check, cashier's check,
   certified check, money order or credit card (VISA, MasterCard or Discover
   only) to the Clerk's Office at address listed elsewhere in this notice. If
   paying by credit card, please complete the credit card authorization below.
2. IN PERSON. You may pay in person at the Clerk's office using the same
   payment methods listed above.
3. BY PHONE using VISA, MasterCard or Discover.
4. ONLINE at www.iowacourts.gov using VISA, MasterCard or Discover.
                   For questions call: (319) 356-6060
==================================================================================

Exhibit 5

(4) Food $1200 (snap)
(5) Transportation $0 No vehicle


4. Attorney Help Check one
A. An attorney did not help me complete this form.
Email address Additional email address, if applicable

# Oath and Signature

I, Kevin Howard have read this Application, and I certify under penalty of perjury and pursuant to the laws of the State of Iowa that the information I have provided in this Application is true and correct.

2-27-25

Date          Signature*

804 s 5th ave. e.
Newton Iowa 50208
515-201-7957
360.titansol@gmail.com

Kevin Howard
804 S. 5th Ave. E
Newton Iowa, 50208

"X-RAYED & CLEARED BY U.S.N.S. 6C

Clerk of Court
Southern District
of Iowa
United State Distri
Court
123 East Walnut S
Des Moines Ia, 503

U.S. POSTAGE PAID
FCM LG ENV
NEWTON, IA 50208
FEB 27, 2025

$2.04

Retail

UNITED STATES
POSTAL SERVICE®

50309

RDC 99

S2324N502405-02